```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL MEFFORD                  : CIVIL ACTION
        Plaintiff                :
                                 :
    vs.                          :
                                 : NO.  14-CV-1006
PRUDENTIAL INSURANCE COMPANY     :
OF AMERICA and TYCO              :
INTERNATIONAL MANAGEMENT         :
COMPANY, LLC                     :
        Defendants               :
```

**ORDER**

AND NOW, this     25th     day of March, 2015, upon consideration of the Motions for Summary Judgment of Defendants Prudential Insurance Company of America (Doc. No. 42) and Tyco International Management Company (Doc. No. 43) and the Plaintiff's Cross-Motion for Summary Judgment (Doc. No. 48) and the parties' respective responses thereto, it is hereby ORDERED that Plaintiff's Cross-Motion for Summary Judgment is GRANTED, Defendants' Motions for Summary Judgment are DENIED and Judgment is entered in favor of Plaintiff and against Defendants in the amount of $100,000.00.

```
                                 BY THE COURT:



                                 s/J. Curtis Joyner
                                 J. CURTIS JOYNER,       J.
```